

Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 16, 2025
*VIA PERSONAL SERVICE*

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

**Re:   Notification of Claimed Copyright Infringement Pursuant to 17 U.S.C. § 512**

Dear Google,

    My firm represents Liga Nacional de Fútbol Profesional ("LALIGA"). LALIGA owns copyrights in broadcasted LALIGA football matches, including the right to publicly perform those works. LALIGA determined that its copyrighted works are being infringed by a user of Google's system or network associated with the IP addresses **34.8.45.110**, **34.86.157.139**, and **35.199.21.67** ("Google IPs"). Google's system and network is used to transmit LALIGA's copyrighted works without authorization on the FlujoTV streaming service, an example being LALIGA's broadcast of the football match between Atlético de Madrid and Villarreal that aired on September 13, 2025, as shown in the enclosed exhibit.

    Google is asked to remove or disable access to LALIGA's copyrighted works, which, based on the infringement that occurred to date by the user of Google's system and network associated with the Google IPs, will continue to be infringed in this same manner throughout the LALIGA season. In addition, enclosed is a subpoena pursuant to 17 U.S.C. § 512(h) that instructs Google to provide LALIGA with information sufficient to identify the user of Google's system and network associated with the Google IPs on September 13, 2025, 21:42 CEST, which is one of the dates on which the infringement occurred.

    We provide this notice based on our good faith belief that the use of LALIGA's football matches in the manner described herein is not authorized by LALIGA, its agents, or the law. The information in this notice is accurate and, under penalty of perjury, we are authorized to act on behalf of LALIGA, which owns exclusive rights under copyright that are being infringed. This letter is without prejudice to the rights and remedies of LALIGA, including its right to assert claims for damages and any other relief, all of which are expressly reserved.

                                                     Sincerely,

                                                     HAGAN NOLL & BOYLE, LLC

*[signature]*

Timothy M. Frank
timothy.frank@hnbllc.com

*Enclosures*:
Exhibit 1
§ 512(h) Subpoena

