Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Liga Nacional de Fútbol Profesional

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| In re 17 U.S.C. § 512(h) Subpoena to GOOGLE LLC | Case No. 2:25-mc-94<br><br>**DECLARATION OF TIMOTHY FRANK** |

1. I am a partner with the law firm Hagan Noll & Boyle LLC, counsel for Liga Nacional de Fútbol Profesional ("LALIGA").

2. I submit this declaration in support of LALIGA'S request for issuance of a subpoena to Google LLC ("Google") pursuant to 17 U.S.C. § 512(h). LALIGA owns copyrights in broadcasted LALIGA football matches, including the right to publicly perform those works, that are being infringed through the use of Google's system or network, as set forth in LALIGA's notification of claimed infringement.

3. The purpose for which the subpoena is sought is to obtain the identity of an alleged infringer of LALIGA's copyrights and such information will only be used for the purpose of protecting rights under Title 17, United States Code.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed in the United States on September 16, 2025.

/s/ Timothy M. Frank
Timothy M. Frank